# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFREDO BRAVO, on behalf of himself and others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>FOURTH ON FIFTH LLC,<br>NIKI RUSS FEDERMAN and JOSHUA RUSS TUPPER,<br><br>                    Defendants. | Case No.: 17-CV-7003<br><br>Carter, J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: April 16, 2019

                                                  Respectfully submitted,

                                                  LEE LITIGATION GROUP, PLLC

                                                  By: /s/ C.K. Lee
                                                  C.K. Lee (CL 4086)
                                                  Anne Seelig (AS 3976)
                                                  30 East 39th Street, Second Floor
                                                  New York, NY 10016
                                                  Tel.: 212-465-1188
                                                  Fax: 212-465-1181
                                                  ***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***